NUMBER 13-03-520-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_________________________________________________________


TURNER CONSTRUCTION COMPANY OF TEXAS, Appellant,


v.



PHARR-SAN JUAN-ALAMO INDEPENDENT SCHOOL 

DISTRICT AND ITS BOARD OF TRUSTEES, Appellee.

________________________________________________________


On appeal from the 93rd District Court


of Hidalgo County, Texas.


___________ ___________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Hinojosa and Yañez


Memorandum Opinion Per Curiam


 Appellant, TURNER CONSTRUCTION COMPANY OF TEXAS, perfected an
appeal from a judgment entered by the 93rd District Court of Hidalgo County, Texas,
in cause number C-779-00-B-01. On March 16, 2006, this Court issued a
memorandum opinion reversing the judgment of the trial court. Appellee filed a
petition for review with the Texas Supreme Court, and on September 29, 2006, the
Texas Supreme Court granted the parties' joint motion to grant petition for review and
to remand to court of appeals to permit voluntary dismissal. Appellant has now filed
its unopposed motion for voluntary dismissal. Appellee has filed an unopposed motion
for withdrawal of this Court's opinion issued on March 16, 2006. 

 The Court, having considered the documents on file and the unopposed motions
to dismiss the appeal and for withdrawal of Court's opinion, is of the opinion that the
motions should be granted. Appellee's unopposed motion for withdrawal of Court's
opinion is GRANTED, and this Court's memorandum opinion and judgment dated
March 16, 2006, are hereby WITHDRAWN. Appellant's unopposed motion to dismiss
is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 16th day of November, 2006.